1 DANIEL C. GARCIA
Indio Jail
2 46057 Oasis St
P.O. Box 1748
3 Indio, CA 92201

4
Pro Se
5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 DANIEL C. GARCIA
            Plaintiff
11                                              No.
   vs.                                          **C V   10   2 4 2 4   SI**
12
   CITY OF SANTA CLARA;FIVE UNKNOWN             COMPLAINT
13 POLICE OFFICERS OF SANTA CLARA, CA;
   STEPHEN LODGE, CHIEF OF POLICE;              DEMAND FOR JURY TRIAL **(PR)**
14 AND DOES I TO X, inclusive
   inclusive
15            Defendants

16                                              **E-filing**

17

18          COMES NOW Plaintiff DANIEL C. GARCIA, pro se, for his complaint against

19 Defendants, and each of them states:

20                              **Introduction**

21 1.      This is a civil rights and Bivens action arising under both federal and state law

22 for damages resulting from what Plaintiff alleges to be wrongful conduct perpetrated

23 against him by police officers of the City of Santa Clara, California, all under the

24 control of the police chief and the City of Santa Clara, California.

25                          **Demand for Jury Trial**

26 2.      Plaintiff demands a jury trial.

27

28
                                    **1**
                                **Complaint**

1

**Jurisdiction**

2    3.    This is a civil action brought by Plaintiff pursuant to *Bivens v. Six Unknown*
3    *Agents*; 403 U.S 388 (1971) to redress violates perpetrated by Defendants while acting
4    under color of authority, state and federal law, custom or policy of certain rights
5    secured to Plaintiff by the Fourth, Fifth, Eighth, and Fourteenth Amendments to the U.
6    S. Constitution. Jurisdiction is conferred upon this Court pursuant to *Title 28 U.S.C. §§*
7    *1331 and 1343.*

8

9

**Jurisdiction**

10

(State Causes of Action)

11    4.    Jurisdiction for the State causes of action are conferred upon this Court by the
12    doctrine of pendent jurisdiction pursuant to *Title 28 USC §1367, Federal Rules of*
13    *Civil Procedure Rule 18(a),* and *United Mine Workers v. Gibbs,* 383 U.S. 715
14    (1966)/

15

**VENUE**

16    5.    Venue is proper in the Northern District of California pursuant to Title 28 USC
17    §1391 (b) as the claims arose in this district.

18

19

**PARTIES**

20    6.    DANIEL GARCIA is the Plaintiff in this action. He was and is at all times
21    mentioned herein a citizen of the United States, and the State of California.

22    7.    At all times mentioned herein, the City of Santa Clara is an organized political
23    entity organized and established under the laws of the State of California. It is
24    responsible for the policies and procedures, and for the injury occasioned thereby. It
25    was also the public employer of the police officers being sued herein.

26    8.    At all times mentioned herein Stephen Lodge was and is at all times mentioned
27    herein an employee of Defendant City, and the supervisor of the police officers the

28

**2**

**Complaint**

1   subject of this lawsuit. Lodge is responsible for the policies and procedures and
2   practices implemented through his office.

3   9.      Plaintiff alleges that Lodge acted in his official and individual capcity to deprive
4   Plaintiff of his constitutionally protected rights and activities and engaged in a
5   conspiracy to ratify and support the unlawful acts commited against Plaintiff by his
6   subordinates. He is being sued in his official and individual capacity.

7   10.     The unknown police officers at all times mentioned herein were employed by the
8   Santa Clara police department. These officers perpetrated in, assisted in, facilitated,
9   permitted, ratified and allowed the violations of Plaintiff's civil rights, and
10  constitutional protected rights and activities. Plaintiff will move to amend this
11  complaint upon such time as the true names, identities and job title of the unknown
12  police officers are ascertained. Each unknown police officer is being sued in his/her
13  official and individual capacity.

14  11.     Defendant Does I through X, inclusive, are individual members of the Santa
15  Clara Police Department and the City of Santa Clara, who perpetrated, assisted in,
16  participated in, facilitated, permitted, ratified and allowed the violations of Plaintiff's
17  civil rights, and constitutional protected rights and activities.

18              **FACTS COMMON TO ALL CAUSES OF ACTION**

19  12.     On or about May 23, 2008, Defendants caused Plaintiff to be falsely arrested and
20  beaten.

21  13.     Plaintiff was at the Marriott Hotel in Santa Clara, where is was throwing a party
22  related to Gay Days at a local amusement park. Early in the morning, Defendant police
23  officers knocked on Plaintiff's door, and told him to leave the hotel. As Plaintiff started
24  to discuss the matter, the police officers threw him to the floor, beat him, and arrested
25  him. Plaintiff was taken to the police car, where he was beaten again. He was hit so
26  hard that one of the police officers broke his fist or wrist when he struck Plaintiff.
27  Plaintiff incurred serious injuries to his head and body.

28

1

**FIRST CAUSE OF ACTION**

2

(Title 42 United States Code §1983)

3      (Municipal liability against Defendants City of Santa Clara and Stephen Lodge)

4      14.      Plaintiff incorporates by reference ¶ 1 through 13 as though fully set forth herein.

5      15.      Plaintiff further alleges, upon information and belief that it is the policy, practice

6      and custom of Defendants City and Lodge and other personnel employed in a

7      supervisory position, to tolerate, urge, encourage, support and ratify members of the

8      Santa Clara Police Department to beat and falsely arrest persons.

9      16.      That the wrong and unlawful acts perpetrated by the Defendants and each of

10      them in intentionally disregarding the guaranteed and protected constitutional and

11      statutory rights of the Plaintiff were willful, ill-willed, oppressive, malicious, selective,

12      arbitrary and with wanton disregard for the established rights of the Plaintiff, and a

13      violation of public policy.

14

**SECOND CAUSE OF ACTION**

15

(Title 42 USC §1983)

16

(Assault and violation of Fourth, Fifth,

17

and Fourteenth Amendments against Defendants)

18      17.      Plaintiff incorporates by reference ¶ 1 through 16 as though fully set forth herein.

19      18.      Pursuant to Lee v. Gregory, 363 F. 3d 931, (9th Cir, 2004) the defendants are not

20      entitled to absolute or qualified immunities under the set of facts, circumstances and

21      events stated herein.

22      19.      Defendant police officers assaulted Defendant  so hard that it broke the fist or

23      wrist of one of the police officers. Plaintiff was badly beaten and incurred serious

24      injuries to his face and body.

25

26

27

28

**4**
**Complaint**

1

**THIRD CAUSE OF ACTION**

2

(Title 42 USC §1983)

3

(Negligence against Defendants)

4   20.     Plaintiff incorporates by reference ¶ 1 through 19 as though fully set forth herein

5   21.     At all times mentioned herein, Defendants were subject to a duty of care to

6   avoid causing unnecessary physical harm and distress in the exercise of their duties

7   and law enforcement function. The conduct of Defendants as set forth herein did not

8   comply with the standard of care to be exercised by reasonable law enforcement

9   personnel, thus the Defendants, and each of them breached their duty of care to the

10  Plaintiff.

11  22.     As a direct and proximate result of the Defendants' negligence as herein

12  alleged, Plaintiff has been damaged in an amount in excess of ten thousand

13  ($10,000) dollars, the exact amount to be proven at trial.

14

**VERIFICATION**

15  23.     I, Daniel Garcia, the Plaintiff in this action declare that the above is true and

16  correct. Executed on May 24th, 2010 in Riverside County, California.

17

18

19  Daniel Garcia

20

21       WHEREFORE, Plaintiff prays for judgment as follows:

22  i.       For compensatory damages in the amount of three million dollars against all

23  defendants;

24  ii.      For punitive damages against the Defendants in the amount of three million

25  dollars;

26  iii.     For reasonable attorney's fees pursuant to 42 USC §1988.

27  iv.      For costs of suit incurred herein; and

28

**5**

**Complaint**

v.    For such other and further relief as the Court deems just and proper.

Dated: May 24, 2010

Daniel Garcia
Pro Se

**Complaint**