1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8   DANIEL C. GARCIA,                           No. C 10-2424 SI (pr)

9             Plaintiff,                        **ORDER FOR SERVICE OF PROCESS**

10       v.

11  CITY OF SANTA CLARA; et al.,

12

13            Defendants.
                                          /

14

15        On July 27, 2011, the court issued an Order Regarding (1) Second Amended Complaint,

16  (2) Pauper Status, And (3) Representation.  In that order, the court reviewed the second amended

17  complaint and determined that it stated cognizable claims under 42 U.S.C. § 1983 and state law

18  against the City of Santa Clara, Santa Clara Police Chief Stephen Lodge, Santa Clara Police

19  Sergeant G. Hosman, Santa Clara Police Officer Christopher Bell, Santa Clara Police Officer

20  Michael Carleton, Santa Clara Police Officer Alec Lange, and Marriott International, Inc., dba

21  Marriott Hotel.[1]   The order also directed plaintiff to tend to a problem with his *in forma*

22  *pauperis* application and to provide an address at which the Marriott defendant could be served.

23  The order further directed plaintiff's counsel David L. Wright to show cause why he should be

24  permitted to represent plaintiff in light of the fact that he was not then authorized to practice law

25  in California.

26        Thereafter, "Daniel C. Garcia" purporting to have "legal power of attorney" for plaintiff

27  signed and sent to the court a letter on plaintiff's behalf.   The letter stated that the full filing fee

28  now had been paid, provided an address for service of the Marriott defendant, and stated that

---

[1]Defendants City of Santa Clara and police chief Lodge already have appeared in this action.

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   attorney Wright had been discharged as counsel for plaintiff. Attorney Wright did not respond

2   to the order.

3   The action may move forward and defendants served with process.  However, from this

4   point forward, plaintiff must sign all of his own filings.  A party may appear *pro se* or a party

5   may be represented by an attorney-at-law, but a non-attorney may not appear or represent a *pro*

6   *se* litigant.  Charles Garcia does not state that he is an attorney-at-law and therefore may not

7   legally represent plaintiff.  *See Laurie v. Maxwell*, 2008 WL 894408 (D. Mont. 2008).  The

8   signature requirements in Rule 11 of the Federal Rules of Civil Procedure imposes certain

9   obligations on an unrepresented party that are inconsistent with someone else signing the court

10  filing pursuant to a power of attorney.  *Cf. In re. Harrison*, 158 B.R. 246 (Bankr. M.D. Fla.

11  1993) (nondebtor who signed debtor's statement did not have personal knowledge of the

12  truthfulness of the answer therein).  Similarly, a document that must be signed under penalty of

13  perjury cannot be signed on the declarant's behalf by a person holding a power of attorney.

14  *See In re Sarfraz*, 2007 WL 7143085 (Bankr. N.D. Ga. 2007).   Plaintiff must sign all of his

15  filings or they will be disregarded.

16  In light of the foregoing, and in order to move this action toward resolution:

17  1.   The clerk shall issue a summons and the United States Marshal shall serve, without

18  prepayment of fees, the summons, a copy of the amended complaint and a copy of all the

19  documents in the case file upon the following defendants:

20  - Santa Clara Police Sergeant G. Hosman
    - Santa Clara Police Officer Christopher Bell
21  - Santa Clara Police Officer Michael Carleton
    - Santa Clara Police Officer Alec Lange
22  - Marriott International, Inc., dba Marriott Hotel.

23  2.   The address provided by plaintiff for service on Marriott International, Inc., dba

24  Marriott Hotel is: CSC - Lawyers Incorporating Service, Suite 100, 2730 Gateway Oaks Drive,

25  Sacramento, CA 95833.

26  3.   Each defendant must file an answer or notice of appearance in this action within

27  **thirty days** of being served with process.

28

1    4.    In light of attorney Wright's failure to respond to the order to show cause why he

2  should be permitted to represent plaintiff, attorney Wright is now terminated as counsel for

3  plaintiff.  The clerk shall update the docket sheet to reflect that plaintiff is now representing

4  himself.  Since plaintiff will no longer be represented by attorney Wright, documents must now

5  be served on plaintiff directly and not on attorney Wright.

6        IT IS SO ORDERED.

7  Dated: September 15, 2011        _____

8                    SUSAN ILLSTON
                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3