**United States District Court**
For the Northern District of California

1
2
3
4
5   UNITED STATES DISTRICT COURT
6   NORTHERN DISTRICT OF CALIFORNIA
7
8   DANIEL C. GARCIA,                              No. C 10-2424 SI (pr)
9        Plaintiff,                                **SCHEDULING ORDER ON SANTA CLARA DEFENDANTS' MOTION TO STAY**
10     v.
11  CITY OF SANTA CLARA; et al.,
12
13       Defendants.                              /
14
15      On December 2, 2011, defendants City of Santa Clara, Santa Clara Police Department chief Stephen Lodge, and Santa Clara Police Department officers Hosman, Bell, Carleton, and Lange filed a motion for a stay of this action due to pending criminal proceedings against plaintiff. The court now sets the following briefing schedule on the motion to stay: No later than **January 13, 2012**, plaintiff must file and serve on defense counsel his opposition to the motion to stay. No later than **January 30, 2012**, defendants must file and serve their reply brief, if any. Once the reply deadline passes, the motion will be deemed submitted on the papers and the court will rule on it in due course.

IT IS SO ORDERED.

Dated: December 12, 2011

_____
SUSAN ILLSTON
United States District Judge