1

2

3

4

5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8   DANIEL C. GARCIA,                          No. C 10-2424 SI (pr)

9              Plaintiff,                       **ORDER FOR SUPPLEMENTAL**
                                                **INFORMATION REGARDING**
10       v.                                     **POTENTIAL STAY**

11  CITY OF SANTA CLARA; et al.,

12

13             Defendants.
                                           /

14

15

16       On December 2, 2011, defendants City of Santa Clara, Santa Clara Police Department

17  chief Stephen Lodge, and Santa Clara Police Department officers Hosman, Bell, Carleton, and

18  Lange (the "Santa Clara defendants") filed a motion for a stay of this action.  They argue that

19  a stay is appropriate due to pending criminal proceedings against plaintiff in which he is charged

20  with resisting or deterring a peace officer in the performance of his duty, *see* Cal. Penal Code

21  § 69, based on the same incident that gives rise to part of plaintiff's claims against the Santa

22  Clara defendants.  Plaintiff did not file an opposition, and the deadline by which to do so has

23  passed. (Indeed, it appears that plaintiff may have lost interest in this action, as he also failed

24  to oppose the motion to dismiss filed by Marriott.)

25       Defendants have focused on the criminal case pending against plaintiff in Santa Clara

26  County Superior Court; the court is also concerned with the impact of the significantly more

27  serious criminal case – in which the charges apparently include murder, conspiracy to commit

28  a felony, burglary, and grand theft, *see* Docket # 39-2, p. 55 – pending against plaintiff in

**United States District Court**
For the Northern District of California

1  Riverside County Superior Court.  The court needs certain information from plaintiff in

2  connection for its consideration of a potential stay.

3       Plaintiff must answer the following questions:  (1) is plaintiff represented by counsel in

4  the criminal case for which he is in jail in Riverside County? (2) what is the trial date set for

5  plaintiff's criminal case in Riverside County? (3) if the trial has occurred, what was the verdict?

6  (5) if the trial has occurred and resulted in a conviction, what is the date set for sentencing?  (6)

7  if the sentencing has occurred, what sentence was imposed?  Plaintiff must provide this

8  information to the court in a written response filed and served on defense counsel no later than

9  **March 9, 2012**.  Failure to provide the requested information may result in the dismissal of this

10  action for failure to prosecute.

11       IT IS SO ORDERED.

12  Dated: February 15, 2012                           _____

13                                                    SUSAN ILLSTON
                                                      United States District Judge

2