UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. GARCIA, | No. C 10-2424 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF SANTA CLARA; et al., | |
| Defendants. | |

Plaintiff has filed a letter asking the court to "allow [him] to issue a subpoena granting [him] access to the data contained on the [computer] devices and allowing [his] forensic expert Chris Pavan, the ability to copy the data onto a hard drive, at [his] expense." Docket # 63, p. 2. He also asks the court to order the state trial court not to destroy the data on those devices.

The clerk will send to plaintiff a blank subpoena form for him to fill out and return to the clerk. The clerk then will issue the subpoena and return it to plaintiff to have it served.

The request for an order compelling a state trial court not to destroy the data on computers is DENIED. It is not clear why plaintiff put work for this case on a computer loaned to him for use in his murder case, and this court did not authorize or require it. Indeed, this case has been stayed pending resolution of the criminal case against plaintiff. It is up to the state court to decide how to resolve any issues related to the inmate-borrower's use of a computer that the state court authorized for his use in a state criminal case.

IT IS SO ORDERED.

Dated: May 15, 2013

SUSAN ILLSTON
United States District Judge