UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. GARCIA (CDCR # AM5700),<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF SANTA CLARA; et al.,<br><br>   Defendants.<br>_____ / | No. C 10-2424 SI (pr)<br><br>**ORDER LIFTING STAY AND FOR CASE MANAGEMENT STATEMENTS** |

This action was stayed on May 19, 2012 because of criminal cases pending against plaintiff. Those cases eventually were resolved against plaintiff. Plaintiff now applies to lift the stay in this action and defendants do not oppose the lifting of the stay. Accordingly, plaintiff's application to lift the stay is GRANTED. (Docket # 73.) The stay is now LIFTED and the clerk will REOPEN the action.

In order to move this action toward resolution, the parties may immediately resume their discovery efforts. Plaintiff's request for the court to issue an order "establishing the parameters for discovery," *id.* at 2, is rejected. The court generally is not involved in the discovery process and only becomes involved when there is a dispute between the parties about discovery responses. Discovery requests and responses normally are exchanged between the parties without any copy being sent to the court. *See* Fed. R. Civ. P. 5(d) (listing discovery requests and responses that "must not" be filed with the court until they are used in the proceeding or the court orders otherwise). Only when the parties have a discovery dispute that they cannot resolve among themselves should the parties even consider asking the court to intervene in the discovery process. The court does not have enough time or resources to oversee all discovery, and therefore requires that the parties present to it only their very specific disagreements, and only

after they have met and conferred in a good faith effort to try to resolve their disagreements. *See* Fed. R. Civ. P. 37(a); N. D. Cal. Local Rule 37. Where, as here, a litigant is incarcerated, the meet-and-confer process may be done in writing.

Each party must file and serve a case management statement no later than **June 13, 2014** indicating what discovery remains to be done, the amount of time needed for discovery, whether any further motions will be filed, when they will be ready for trial, and an estimate of the number of days needed for trial. The case management statements need not be jointly prepared.

IT IS SO ORDERED.

Dated: May 12, 2014

_____
SUSAN ILLSTON
United States District Judge