**United States District Court**
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8    DANIEL C. GARCIA                              No. C 10-2424 SI (pr)
     (CDCR # AM5700),
9                                                  **ORDER EXTENDING DEADLINES**
            Plaintiff,
10
        v.
11
     CITY OF SANTA CLARA; et al.,
12
13          Defendants.
                                              /
14

15          Plaintiff has requested an extension of time to file his opposition to defendants' motion

16   for summary judgment.  Upon due consideration, the request is GRANTED.  (Docket # 109.)

17   The court now resets the briefing schedule on defendants' pending motion for summary

18   judgment: No later than **June 19, 2015**, plaintiff must file and serve his opposition to the motion

19   for summary judgment.  No further extensions of this deadline will be granted because, by the

20   time the deadline arrives, plaintiff will have had more than seven months to prepare his

21   opposition.  No later than **July 10, 2015**, defendants must file and serve their reply in support

22   of their motion for summary judgment.

23          IT IS SO ORDERED.

24   Dated: May 26, 2015                        _____
                                                SUSAN ILLSTON
25                                              United States District Judge

26

27

28