UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No. 10-cv-02424-SI<br><br>**ORDER REFERRING ACTION FOR APPOINTMENT OF COUNSEL** |

Several months ago, this action was referred to the *Pro Se* Prisoner Mediation Program so the parties could explore the possibility of resolving the action without need for trial. A settlement conference was held, but the parties did not settle. It thus appears that a trial will be needed. The plaintiff being in need of counsel to assist him in this matter, and good and just cause appearing, plaintiff is referred to the Federal Pro Bono Project in the manner set forth below so that an attorney may be located for him:

(1) The clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, and (b) a memorandum outlining the facts and procedural posture of the action.

(2) Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the court.

(3) All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action or further order of the court, except as to those matters discussed below.

A case management conference is scheduled for this action on **August 3, 2016** at **4:00 p.m**. If counsel wishes to be appointed but needs that date rescheduled, counsel may so request at the time her or she informs the court of his or her willingness to be appointed to represent plaintiff.

Plaintiff informed the court at the case management conference held on May 17, 2016, that he had been moved to Mule Creek State Prison. The court never received a written notice of change of address from plaintiff. Plaintiff is reminded that he must *promptly* notify the court and opposing counsel each time he is moved to a new institution.

The clerk shall update the docket to show that plaintiff is now at Mule Creek State Prison and shall send a copy of this order to him at that prison.

No later than **June 6, 2016,** Plaintiff shall send to the court a copy of any inmate appeal he has filed regarding his non-receipt of his legal property at Mule Creek State Prison, and shall send to the court a copy of any response(s) he has received to that inmate appeal.

**IT IS SO ORDERED**.

Dated: May 17, 2016

_____
SUSAN ILLSTON
United States District Judge