UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL C. GARCIA,

    Plaintiff,

    v.

CITY OF SANTA CLARA, et al.,

    Defendants.

Case No. 10-cv-02424-SI

**ORDER APPOINTING COUNSEL FOR PLAINTIFF**

The court earlier referred this action to the Federal Pro Bono Project to attempt to find counsel for plaintiff, and the court has now been informed of volunteer attorneys willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project. The attorneys are Eric Hairston, Andrew Kim and Nathan Shaffer, all of Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. Accordingly, Eric Hairston, Andrew Kim and Nathan Shaffer of Orrick, Herrington & Sutcliffe LLP are hereby appointed as counsel for plaintiff Daniel Garcia in this matter.

The scope of this referral shall be for all purposes until further order of the Court.

A case management conference is scheduled for this action on **August 5, 2016** at **3:00 p.m**. All other proceedings in this action are hereby stayed until four weeks from the date of this order or further order of the Court.

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: July 13, 2016

_____
SUSAN ILLSTON
United States District Judge