UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Garcia,<br><br>             Plaintiffs,<br><br>        v.<br><br>City of Santa Clara, et al.,<br><br>             Defendants. | Case No. 10-2424-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 18, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 19, 2016.

DESIGNATION OF EXPERTS: 1/31/17; REBUTTAL: 2/17/17;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 3, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by;;
        Opp. Due:; Reply Due:;
        and set for hearing no later than  at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 16, 2017 at 3:30 PM.

JURY TRIAL DATE: May 30, 2017 at 8:30 AM.
        Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred directly to Magistrate-Judge Cousins for settlement.  The settlement conference shall occur in October 2017.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 8/8/16

SUSAN ILLSTON
United States District Judge