UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>   Defendants. | Case No. 10-cv-02424-SI<br><br>**ORDER RE: RESPONSIVE BRIEFING ON PLAINTIFF'S MOTION FOR LEAVE TO SEEK RECONSIDERATION OF SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 145 |

On September 9, 2015, the Court granted Defendants' Motion for Summary Judgment in part. Dkt. No. 116. Plaintiff, who has been incarcerated during much of this case, opposed the motion *pro se* from Salinas Valley State Prison. Dkt. No. 112. On July 13, 2016, the Court entered an order appointing counsel for Plaintiff. Plaintiff now seeks leave to file a Motion for Reconsideration of Summary Judgment under Civil Local Rule 7-9. *See* Dkt. No. 145.

Under Civil Local Rule 7-9, neither responsive briefing nor a hearing is required on a motion for leave to file a motion for reconsideration. Civil L.R. 7-9(d). The Court may, however, choose to order briefing or set a hearing. *Id.*

Defendants shall file a response to Plaintiff's Motion for Leave to Seek Reconsideration, not to exceed ten pages, setting forth reasons why reconsideration of summary judgment is inappropriate in this case. Defendants' response **must be filed no later than October 28, 2016**.

**IT IS SO ORDERED**.

Dated:   October 19, 2016

_____
SUSAN ILLSTON
United States District Judge