UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | Case No. 10-cv-02424-SI<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO SEEK RECONSIDERATION OF SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 145 |

Before the Court is plaintiff's Motion for Leave to Seek Reconsideration of Summary Judgment in this civil rights matter. Dkt. No. 145; Civ. L.R. 7-9. Plaintiff seeks reconsideration of three claims pursuant to Civil Local Rule 7-9: (1) plaintiff's wrongful arrest claim; (2) plaintiff's excessive force claim for force used in the hotel hallway; and (3) plaintiff's Bane Act claims.

Having reviewed the parties' submissions, the Court GRANTS plaintiff's motion as to the wrongful arrest claim, and DENIES the motion in all other respects.

The parties shall meet and confer to determine a briefing schedule and plaintiff shall formally notice his Motion for Reconsideration in accordance therewith.

This order resolves Dkt. No. 145.

**IT IS SO ORDERED**.

Dated: November 17, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge