UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No. 3:10-cv-02424-SI<br><br>**ORDER CONTINUING TRIAL DATE TO JUNE 19, 2017** |

Plaintiff Daniel Garcia has moved to continue the May 30, 2017 trial date in this case by at least four weeks. Dkt. Nos. 211, 212. Defendants have not yet filed a response to the motion, and the Court will not rule on the motion until defendants have responded.

At this time, however, the Court *sua sponte* moves the trial date from May 30, 2017 to **June 19, 2017, at 8:30 a.m**., based on the needs of the Court's own calendar and developments in other cases. The pretrial conference is moved to **Tuesday, June 13, 2017 at 2:00 p.m**.

**IT IS SO ORDERED**.

Dated: April 19, 2017

_____
SUSAN ILLSTON
United States District Judge