# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 6/13/17 | **Time:** 57 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 10-cv-02424-SI | **Case Name:** Daniel C. Garcia v. City of Santa Clara, et al. | |

**Attorney for Plaintiff:** Nicole Wredberg, Laura Fazel Graham, Andrew Kim, Eric Hairston, Nathan Shaffer
**Attorney for Defendant:** Jon Heaberlin, Stephanie Davin, Andrew Lloyd

**Deputy Clerk:** Tracy Kasamoto            **Court Reporter:** Leo Mankiewicz

## PROCEEDINGS

1) Pretrial Conference - HELD

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Tentative Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
( ) SUBMITTED

## SUMMARY
**8 trial jurors will be selected for a three day jury trial.**
**By 6/20/17, counsel shall file agreed upon jury instructions.**
**See Final Pretrial Order for rulings on motions, etc.**