UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. GARCIA,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>ALEC LANGE and CITY OF SANTA CLARA,<br><br>　　　　Defendants. | Case No. 10-cv-02424-SI<br><br>**JUDGMENT IN A CIVIL CASE** |

This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding.  The issues having been tried before the Court and special verdict rendered on June 26, 2017.

IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of Defendant Alec Lange and City of Santa Clara and against Plaintiff Daniel C. Garcia.

**IT IS SO ORDERED AND ADJUDGED**

Dated:  6/27/17

_____
Honorable Susan Illston
U.S. District Judge