UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL C. GARCIA,

    Plaintiff.

  v.

CITY OF SANTA CLARA; STEPHEN D. LODGE, CHIEF OF POLICE; G. HOSMAN; CHRISTOPHER BELL; MICHAEL CARLETON; ALEC LANGE; MARRIOTT INTERNATIONAL, INC., DBA MARRIOTT HOTEL,

    Defendants.

Case No. 10-cv-02424-SI

AMENDED
**JUDGMENT IN A CIVIL CASE**

IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of defendants City of Santa Clara; Stephen D. Lodge, Chief of Police; G. Hosman; Christopher Bell; Michael Carleton, Alec Lange; Marriott International, Inc., dba Marriott Hotel, and against plaintiff Daniel C. Garcia.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 7/12/17

_____
Honorable Susan Illston
U.S. District Judge